UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALYTON WRIGHT,

                         Plaintiff,

   -against-                                     9:07-CV-0473 (LEK/ATB)

MARYANN GENOVESE, *et al.*,

                         Defendants.

**DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on February 17, 2010 by the Honorable Andrew T. Baxter, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. Report-Rec. (Dkt. No. 110). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including Plaintiff Alyton Wright's Objections, (Dkt. No. 111) ("Objections"), which were filed on March 8, 2010.

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. This Court has considered the Objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

      Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 110) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant Miller's Motion for summary judgment (Dkt. No. 96) is **GRANTED**, and it is further

**ORDERED**, that Defendants Genovese, Capone, and Wright's Motion for summary judgment (Dkt. No. 97) is **GRANTED**, and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.


DATED:     March 09, 2010
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge